UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-95 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **GARNISHMENT ORDER** |
| ) | |
| BRUCE WAYNE PLOTT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment was duly issued by this Court and served on the garnishee and on the defendant. At the request of the United States,

IT IS ORDERED that the Writ of Garnishment, is hereby released.

Dated: October 5, 2005

                                           s/Paul A. Magnuson
                                          Paul A. Magnuson, Judge
                                          United States District Court