```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       Court No. Cr. 99-95 PAM
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| | ) | |
| BRUCE DEWAYNE PLOTT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| WAL-MART, | ) | |
| | ) | |
| Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about September 20, 2005.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about October 3, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about October 4, 2005, the defendant was personally served with notice of his right to a hearing as to this

garnishment action.  The defendant has not requested such a hearing.  However, defendant called the U.S. Attorney's Office and requested that the amount garnished each pay period be reduced from 25% to a lesser sum.  The parties thereafter stipulated to a 20% garnishment for the period of 6 months, at which time the garnishment shall be increased to 25%.  A copy of their stipulation is on file with the Clerk of Court.

   THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 20% of the debtor's disposable earnings until May 1, 2006, at which time the 25% with holding will resume, by sending a check or money order made payable to the "U.S. Clerk of Court"  each pay period to the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415, until such time as the entire debt in this matter, including accruing interest and penalties, is paid in full; and

   IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant; and

   IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the

plaintiff as they become due and owing.

Dated: October 19 , 2005

                                            s/Paul A. Magnuson
                                            Judge Paul A. Magnuson
                                            United States District Court